**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DAVID MILLER | CASE NO: 19-30948 |
|     Debtor | JUDGE JOEL D. APPLEBAUM |
| _____ / | |

## DEBTOR'S CHAPTER 13 CONFIRMATION HEARING CERTIFICATE

[To be completed fully; otherwise the case will be dismissed
per paragraph 3 of the Chapter 13 Case Management Order]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:
    Issues:    17 & 18 Tax Returns or Affidavit
                Verification of Social Security for son
                Missing Bank statements from Chase (Feb & March)
                Recorded Mortgage          Sent 7.10.19
                Current SEV               Sent 7.10.19

    Creditor # 1:  Specialized Loan Servicing LLC
    Objections:   Pre-petition Arrears

3. _X_ Request an adjournment of the confirmation hearing to September 17, 2019, due to the following good cause: Amend plan according to arrearages stated in mortgage proof of claim.

4. ___ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

| | |
|---|---|
| Date: July 10, 2019 | /s/ David W. Brown |
| | David W. Brown P58113 |
| | S. Christopher Hunter P69699 |
| | Attorney for Debtor(s) |